DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for Property and Casualty
Insurance Company of Hartford*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARY JEAN LAMBERT,<br><br>Plaintiff,<br>v.<br><br>PROPERTY AND CASUALTY INSURANCE COMPANY OF HARTFORD; HARTFORD UNDERWRITERS INSURANCE COMPANY, companies and entities licensed to do business in Arizona and Nevada; DOES 1 through 10; XYZ Corporations 11 through 20; and ABC Limited Liability Companies 21 through 30, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-01509-RFB-PAL<br><br>**STIPULATION AND ORDER TO EXTEND EXPERT DISCLOSURE DEADLINES** |

Defendant Property and Casualty Insurance Company of Hartford (**Defendant**), incorrectly named as Hartford Underwriters Insurance Company, and plaintiff Mary Jean Lambert (**Plaintiff**), hereby jointly submit this stipulation and order to extend the expert disclosure deadlines. The initial expert disclosure deadline is currently set for June 1, 2018, and the rebuttal expert disclosure deadline is set for July 2, 2018. The parties are in agreement to extend the initial expert disclosure deadline fourteen (14) days to June 15, 2018, and the rebuttal expert disclosure deadline fourteen (14) days to July 16, 2018.

1

45335635;1

The parties request this continuance because Hartford's expert was due to finish the expert report by May 25, 2018; however, the expert who performed the Independent Medical Exam had to travel out of the country, and has assured Hartford that the report will be completed upon his return.

DATED this 29th day of May, 2018.

| **AKERMAN LLP** | **BERNSTEIN & POISSON** |
|---|---|
| */s/ Jamie K. Combs* <br> DARREN T. BRENNER, ESQ. <br> Nevada Bar No. 8386 <br> JAMIE K. COMBS, ESQ. <br> Nevada Bar No. 13088 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, Nevada 89134 <br><br> *Attorneys for Property and Casualty Insurance Company of Hartford* | */s/ Karlie M. Gabour* <br> SCOTT L. POISSON, ESQ. <br> Nevada Bar No. 10188 <br> KARLIE M. GABOUR, ESQ. <br> Nevada Bar No. 13123 <br> 320 S. Jones Blvd. <br> Las Vegas, Nevada 89107 <br><br> *Attorneys for Mary Jean Lambert* |

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED: June 6, 2018

2

45335635;1